

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00482-CR

Juan José **GARCIA-MORIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR6869
Honorable Charles Ramsay, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 17, 2018.

_____
Patricia O. Alvarez, Justice